UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

CHERYL LYNN BROWN						CASE NO. 07-12315
           DEBTOR(S).					CHAPTER 7

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim #3A of Indiana Department of Revenue
> Account number:  6027989351
> Claimed amount:  $20.00
> Pro rata distribution:  $1.02
>
> Claim #4 of Douglas F. Reed, D.D.S.
> Account number:
> Claimed amount:  $11.30
> Pro rata distribution:  $.58
>
> Claim no. 9 of Premier Bank Card/Charter
> Account number:  5178007021403613
> Claimed amount:  $83.19
> Pro rata distribution:  $4.29

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  May 20, 2010			/s/ Mark A. Warsco
                                    Mark A. Warsco, Trustee
                                    P.O. Box 11647
                                    Fort Wayne, IN  46859-1647
                                    Telephone:  (260) 469-0256
                                    e-mail: bankruptcy@rlwlawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on May 20, 2010:

| | |
|---|---|
| YVETTE GAFF KLEVEN<br>ygk@sak-law.com | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| Indiana Department of Revenue<br>N203 Attn: Bankruptcy<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | Douglas F. Reed, D.D.S<br>6211 Covington Road<br>Fort Wayne, IN 46804 |
| Premier BankCard/Charter<br>Post Office Box 2208<br>Vacaville, CA 95696 | |

                                                      /s/ Mark A. Warsco<br>
                                                      Mark A. Warsco, Trustee